# Court of Appeals
# of the State of Georgia

ATLANTA, July 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2232. TERESA DAVIS v. THE STATE.**

This appeal was docketed in this Court on June 11, 2026, and the initial brief of Appellant was due on July 1, 2026. To date, however, Appellant has not filed an appellate brief in this case. Therefore, due to Appellant's failure to timely file a brief and enumeration of errors, this appeal is hereby DISMISSED. See Court of Appeals Rule 16(b) and Rule 23(a).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/09/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*